# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Colton, Roberta A. | U.S. Bankruptcy Court for the Middle District of Florida | 06/12/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

801 N. Florida Ave. Suite 954
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees, Member | Hillsborough County Bar Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/31/2016 | Return of Capital from Former Law Firm - Trenam Law and R.A. Colton - $41,372 payable over two years. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/31/2017 | Return of Capital from former firm -Trenam Law | $21,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jacksonville Bar Association | Aug. 24-25, 2017 | Jacksonville, Florida | Seminar | Hotel, Dinner and Transportation |
| 2. | Florida Bar - Businsess Law Section | September 1-2, .2017 | Manalapan, Florida | Retreat | Hotel, Dinner and Transportation |
| 3. | American College of Bankruptcy | March 9-11, 2017 | Washington, DC | Seminar, Meetings | stipend for expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Ally Bank CD | A | Interest | L | T | | | | | |
| 3. Fifth Third - HSA | A | Interest | J | T | | | | | |
| 4. Vanguard Retirment Fund 2025 | D | Dividend | O | T | Buy (add'l) | 04/27/17 | K | | |
| 5. Vanguard Total Stock Index Admiral Fund | C | Dividend | M | T | | | | | |
| 6. Vanguard Limited Municipal Fund | A | Dividend | | | Sold | 04/27/17 | K | A | |
| 7. Vanguard Variable Annuity - Equity Index | A | Dividend | K | T | | | | | |
| 8. Vanguarg Variable Annuity - Balanced Fund | A | Dividend | L | T | | | | | |
| 9. Vanguard Variable Annuity -Growth Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard Variable Annuity - Money Market | A | Dividend | K | T | | | | | |
| 11. Vanguard Variable Annuity -Equity Income Fund | B | Dividend | J | T | | | | | |
| 12. Vanguard Wellsley Fund - IRA | B | Dividend | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. Shwab Money Mkt. Account | A | Interest | K | T | | | | | |
| 16. Artison International Value | B | Distribution | K | T | Buy | 02/13/17 | K | | |
| 17. Artison International Value | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baird Short Term Bond List | D | Dividend | N | T | Buy (add'l) | 09/19/17 | J | | |
| 19. Chiron Capital Allocation I | A | Dividend | L | T | Buy | 10/19/17 | L | | |
| 20. Chiron Capital Allocation I | | None | J | T | Buy (add'l) | 12/26/17 | J | | |
| 21. Eaton Vance Floating Rate Advantage I | B | Dividend | | | Sold | 10/19/17 | K | A | |
| 22. FMI International | | None | | | Sold | 02/14/17 | M | D | |
| 23. Van Eck Global Hard Assets I | | None | L | T | Buy (add'l) | 03/29/17 | K | | |
| 24. Van Eck Global Hard Assets I | | None | | | Buy (add'l) | 05/19/17 | K | | |
| 25. Van Eck Global Hard Assets I | | None | | | Sold (part) | 11/17/17 | J | A | |
| 26. IVA Worldwide I | B | Distribution | L | T | Buy | 10/19/17 | L | | |
| 27. IVA Worldwide I | A | Dividend | | | | | | | |
| 28. Oakmark International Fund | A | Dividend | L | T | | | | | |
| 29. Oakmark International Fund | B | Distribution | | | | | | | |
| 30. Openheimer Developing Markets Y | A | Dividend | K | T | Buy | 02/13/17 | K | | |
| 31. Pimco All Asset Instl | B | Dividend | L | T | Buy | 10/17/17 | L | | |
| 32. Pimco All Asset Instl | | None | | | Buy (add'l) | 12/26/17 | J | | |
| 33. Brookfield Real Asets Securities Y | A | Dividend | L | T | Buy | 10/19/17 | L | | |
| 34. SeafarerOverseas GR and Income Instl | A | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SeafarerOverseas GR and Income Instl | B | Dividend | | | | | | | |
| 36. Metropolitan West Total Return Bond Fund | D | Dividend | N | T | Sold (part) | 02/13/17 | M | A | |
| 37. Deutsche Global Infrastructure Instl | B | Dividend | | | Sold | 10/19/17 | L | C | |
| 38. Vanguad Total Bond Market Index Adm | A | Distribution | N | T | Buy (add'l) | 02/13/17 | M | | |
| 39. Vanguad Total Bond Market Index Adm | D | Dividend | | | | | | | |
| 40. Vanguad Total Bond Market Index Adm | | None | | | Buy (add'l) | 05/19/17 | K | | |
| 41. Vanguad Total Bond Market Index Adm | | None | | | Buy (add'l) | 06/21/17 | K | | |
| 42. Vanguad Total Bond Market Index Adm | | None | | | Buy (add'l) | 07/14/17 | K | | |
| 43. Vanguad Total Bond Market Index Adm | | None | | | Buy (add'l) | 10/19/17 | K | | |
| 44. Vanguard REIT Index Admiral | A | Dividend | | | Sold | 10/19/17 | K | A | |
| 45. Vanguard Small Cap Index Admiral | B | Dividend | M | T | Buy (add'l) | 02/13/17 | K | | |
| 46. Vanguard Small Cap Index Admiral | | None | | | Buy (add'l) | 03/29/17 | K | | |
| 47. Vanguard Small Cap Index Admiral | | None | | | Buy (add'l) | 04/18/17 | J | | |
| 48. Vanguard Short Term Inf-Prot SEC IDX Admiral | B | Dividend | L | T | Buy (add'l) | 05/19/17 | K | | |
| 49. Vanguard Total Int Stock Index Admiral | C | Dividend | M | T | Buy | 02/13/17 | M | | |
| 50. Vanguard Total Stock Mark Index Admiral | D | Dividend | N | T | Buy (add'l) | 01/24/17 | L | | |
| 51. Vanguard Total Stock Mark Index Admiral | | None | | | Buy (add'l) | 02/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Stock Mark Index Admiral | | None | | | Buy (add'l) | 04/18/17 | K | | |
| 53. Westwood Income Opportunity Instl | C | Dividend | N | T | Buy (add'l) | 03/29/17 | J | | |
| 54. Westwood Income Opportunity Instl | D | Distribution | | | Buy (add'l) | 07/14/17 | K | | |
| 55. Westwood Income Opportunity Instl | | None | | | Sold (part) | 10/19/17 | K | B | |
| 56. Loomis Sayles Strategic Income Y | D | Dividend | N | T | Buy (add'l) | 01/19/17 | K | | |
| 57. Loomis Sayles Strategic Income Y | B | Distribution | | | | | | | |
| 58. Templeton Global Total Return Adv | D | Dividend | N | T | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Note 1: Where a fund has multiple line entries (to indicate additional purchases or sales), I have reflected 2017 earnings for the fund as whole in just one of the lines. The remaining lines for that fund generally state "None" in column B(2).

Note 2: In some cases, there are two lines for a fund to reflect that both a dividend and a distribution was received for the same fund.

Note 3: For this report, the holdings have been organized to separate assests currently mangaged by a financial advisor, so that future reports can be handled more efficiently. They will remain on the designated lines for future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberta A. Colton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544